UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 505 |
| | ) | |
| NELSON PERKINS | ) | Hon. Virginia M. Kendall |

**UNOPPOSED MOTION TO DISMISS INDICTMENT
AND CRIMINAL COMPLAINT WITH PREJUDICE**

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment and criminal complaint in this matter with prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s L. Heidi Manschreck*
L. Heidi Manschreck
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5300